## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**PRESIDENTIAL CANDIDATE**                                    **CIVIL ACTION**
**NO. P60005535, et al.**

**VERSUS**                                                    **NO. 26-260-BAJ-SDJ**

**BARACK HUSSEIN OBAMA, et al.**

---

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have **14 days** after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations **within 14 days** after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 30, 2026.


_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**PRESIDENTIAL CANDIDATE**                                    **CIVIL ACTION**
**NO. P60005535, et al.**

**VERSUS**                                                    **NO. 26-260-BAJ-SDJ**

**BARACK HUSSEIN OBAMA, et al.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is a Complaint filed by Plaintiff Ronald Satish Emrit, who is proceeding *pro se* and is a frequent filer of meritless cases in this Court, and others.  Upon review of Plaintiff's Complaint, this Court, on May 27, 2026, issued an Order, explaining that it is unclear from said Complaint whether this Court has subject matter jurisdiction over this matter and whether venue is proper in this Court, and ordering Plaintiff to file an amended complaint within 30 days to address these deficiencies.[1]  The Order also stated unequivocally that "[f]ailure to do so will result in dismissal of this action."[2]  Thirty days have passed, with no action by Plaintiff.  As such, the Court recommends that Plaintiff's Complaint be dismissed without prejudice for failure to establish subject matter jurisdiction and proper venue.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Complaint and all claims therein be **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on June 30, 2026.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 6.
[2] *Id.* at 3.