## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PRESIDENTIAL CANDIDATE NO.           CIVIL ACTION
P60005535, ET AL.

VERSUS

BARACK HUSSEIN OBAMA, ET AL.       NO. 26-00260-BAJ-SDJ

### RULING AND ORDER

On June 30, 2026, the Magistrate Judge issued a **Report and Recommendation (Doc. 7, the "R&R")**, recommending that the Court dismiss without prejudice Plaintiff's claims for failure to establish subject matter jurisdiction and proper venue, as directed by the Court previously. (*See* Doc. 6). No party filed a timely objection. Having considered Plaintiff's Complaint (Doc. 1) and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 15th day of July, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**